THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS
Assistant United States Attorney
Interim Chief, Santa Ana Branch Office
KENNETH B. JULIAN
Assistant United States Attorney
California State Bar No. 149840
    Ronald Reagan Federal Bldg. & U.S. District Courthouse
    411 West Fourth Street, 8th Floor
    Santa Ana,  California 92701
    Telephone:  (714) 338-3500

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SA CR 08-00001-CJC |
| Plaintiff, | ORDER DISMISSING ALLEGATIONS RE: VIOLATION OF SUPERVISED RELEASE |
| v. | |
| TINH TRONG NGUYEN, | |
| Defendant. | |

IT IS ORDERED THAT, for good cause shown, in the interest of justice, the allegations against defendant TINH TRONG NGUYEN for violation of supervised release in the above-captioned action are hereby dismissed without prejudice.

April 22, 2008
DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE